# REAFFIRMATION AGREEMENT

| Debtor's name | Case No. |
|---|---|
| HERBERT D. & MARGARET A. RACE | GG 00-08323 |

| Creditor's Name and Address |
|---|
| INDEPENDENT BANK<br>230 West Main Street<br>Ionia, MI 48846 |

FILED

00 NOV 21 PM 1:28

DANIEL R. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST. DIST. OF MICH.

## PART A -- AGREEMENT

Summary of Terms of the New Agreement

Description of Security: Real Property located at 204 Lincoln Street, Crystal, Michigan

Present Market Value:

Principal Amount Due  $22,784.87

Interest Rate (APR)  9.375%

Monthly Payments  290.00

Please attach any additional written agreement to this form.

The parties understand that this agreement is purely voluntary and is not required by any law or by any previous agreement that does not meet the requirements of 11 USC 524(c)(3)(c). The debtor may rescind the agreement at any time prior to discharge or within 60 days after such agreement is filed with the court, whichever occurs later, by giving notice of recission to the creditor.

11-17-00
Date

x _Denise D. Twinney (P40735) - Attorney for Independent Bank_

x _Herbert D. Race_   Signature of Debtor

x _Margaret A. Race_   Signature of Joint Debtor

## PART B -- ATTORNEY'S DECLARATION

This agreement represents a fully informed and voluntary agreement that does not impose an undue hardship on the debtor or any dependent of the debtor. The debtor has been fully advised about the legal effect and consequences of this agreement and of any default under this agreement.

11-18-00
Date

x _David W. VanZyl_   Signature of Debtor's Attorney

## PART C -- MOTION FOR COURT APPROVAL OF AGREEMENT
Complete only when the debtor is not represented by an attorney.

I (we), the debtor affirm the following to be true and correct:

1) I was not represented by an attorney in negotiation of this reaffirmation agreement.

2) My current monthly net income is $ _____.

3) My current monthly expenses total $ _____, including any payment due under this agreement.

4) I believe that this agreement is in my best interest because _____

Add another page if you wish to provide additional information to the court.

Therefore, I ask the court for an order approving this reaffirmation agreement.

ORIGINAL

_____
Date

x _____
Signature of Debtor

_____
Date

x _____
Signature of Joint Debtor

## PART D -- COURT ORDER

The court grants the debtor's motion and approves the voluntary agreement upon the terms specified above.

_____
Date

x _____
Bankruptcy Judge