# REAFFIRMATION AGREEMENT

| Debtor's Name | Case No. |
|---|---|
| Herbert D. Race and Margaret A. Race | 00-08323-jdg |

| Creditor's Name and Address |
|---|
| Preferred Federal Credit Union 534 N. Lafayette, Greenville, MI 48838 |

## PART A - AGREEMENT

Summary of Terms of the New Agreement       Principal Amount Due: $11,415.05 as of 10/26/00
Description of Security:                    Interest Rate (APR): 8.99% APR;
1996 Chevrolet Lumina VIN 2G1WL52MOT1203907                      $ 2.79 per diem
Present Market Value: **Fully Secured**      Monthly Payments: $318.46

Please attach any additional written agreement to this form.

The parties understand that this agreement is purely voluntary and is not required by any law or by an previous agreement that does not meet the requirements of 11 USC 524(c)(3)(c). The debtor may rescind the agreement at any time prior to discharge or within 60 days after such agreement is filed with the court, whichever occurs later, by giving notice of rescission to the creditor.

11-17-00                    X _Herbert D. Race_
Date                        Herbert D. Race    Signature of Debtor

X _William M. Azkoul_       X _Margaret A. Race_
Signature of Creditor WILLIAM M. AZKOUL   Margaret A. Race  Signature of Joint Debtor
                    (P40071)

## PART B - ATTORNEY'S DECLARATION

This agreement represents a fully informed and voluntary agreement that does not impose an undue hardship on the debtor or any dependent of the debtor. The debtor has been fully advised about the legal effect and consequences of this agreement and of any default under this agreement.

11-18-00                    X _David W. Van Zyl_
Date                        David W. Van Zyl   Signature of Debtor's Attorney

## PART C - MOTION FOR COURT APPROVAL OF AGREEMENT
Complete only when the debtor is not represented by an attorney.

I (we), the debtor affirm the following to be true and correct:
1) I was not represented by an attorney in negotiation of this reaffirmation agreement.

2) My current monthly net income is $_____.

3) My current monthly expenses total $_____.

4) I believe that this agreement is in my best interest because _____

Add another page if you wish to provide additional information to the court.

Therefore, I ask the court for an order approving this reaffirmation agreement.

_____    X_____
Date                                    Signature of Debtor

_____    X_____
Date                                    Signature of Joint Debtor

## PART D - COURT ORDER

The court grants the debtor's motion and approves the voluntary agreement upon the terms specified above.

_____    X_____
Date                                    Bankruptcy Judge

